CHRISTIAN T. CHRISTENSEN, Appellant, *v.* GARDNER R. COLBY, Executor, etc., Impleaded, etc., Respondent.

(Submitted June 29, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January, 1886, affirming a judgment of Special Term, dismissing the complaint.

*Charles Edward Tracy* for appellant.

*William B. Hornblower* for respondent.

Agree to affirm on authority of *Christensen* v. *Eno* (106 N. Y. 97).

All concur.

Judgment affirmed.